UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 SOUTH DEARBORN ST. CHICAGO, IL 60604

IN RE:                              )
                                    ) Bankruptcy No. 07-00693
LULA SKORDILLIS GARCIA,             ) Chapter 7
                                    ) Judge Manuel Barbosa
     Debtor.                        )

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At: Kane County Courthouse, 100 S. 3rd St., Rm. 140, Geneva, IL  60134

    On:     November 12, 2009          Time: 10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $     43,242.27 |
    | Disbursements | $          0.00 |
    | Net Cash Available for Distribution | $     43,242.27 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as

follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 5,074.22 | $ 51.85 |
| Attn'y for Trustee | $ -0- | $   755.62 | $-0- |
| Peter Metrou | $ -0- | $ 11,025.00 | $ 20.00 |
| US Bankruptcy Court | $-0- | $ 1,500.00 | $-0- |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $   -0-        , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be   -0-        %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

7.  Claims of general unsecured creditors totaling $ 184,855.29   have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be   13.40 %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | US Dept of Ed. | $ 7,000.88 | $ 939.82 |
| 2 | Am Ex Bank | $12,860.05 | $1,726.38 |
| 3 | Am Ex Bank | $26,208.03 | $3,518.25 |

Page 2

Case 07-00693   Doc 79   Filed 10/01/09   Entered 10/03/09 23:28:58   Desc Imaged
          Certificate of Service    Page 3 of 4

| | | | |
|---|---|---|---|
| 4 | AM Ex Bank | $44,878.89 | $6,024.69 |
| 5 | Am Ex Centurion | $   101.13 | $     13.58 |
| 6 | Charter One | $93,806.31 | $12,592.86 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been denied a discharge.

11. The Trustee proposed to abandon the following property at the hearing:

    NONE

Dated: _____            For the Court,


                                    By: _____
                                         Kenneth S. Gardner
                                         Clerk of the U.S. Bankruptcy Court
                                         219 S. Dearborn Street, 7th Floor
                                         Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761




Page 3

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola                Page 1 of 1                  Date Rcvd: Oct 01, 2009
Case: 07-00693                Form ID: pdf006              Total Noticed: 20

The following entities were noticed by first class mail on Oct 03, 2009.
db           +Lula Skordillis Garcia,   914 Rosewood Ct,   Carpentersville, IL 60110-1957
aty          +Al-Haroon Husain,   Himont Law Group, Ltd.,   2800 S. River Road,   Suite 375,
               Des Plaines, IL 60018-6005
tr           +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
11132786     +ASC,   PO BOX 10388,   Des Moines, IA 50306-0388
11787729      Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11132799     +American Express Bank FSB,   PO Box 3001,   Malven PA 19355-0701
11312638      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11316830      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11136558     +BOA MBNA,   400 Christiana RD,   Newark DE 19702-3208
11333619     +Charter One Bank, N.A./Citizens Bank,   53 State St.,   Boston, MA 02109-2802
11132797     +Chase,   100 Duffy Ave,   Hicksville, NY 11801-3636
11132785     +Chase Manhattan Mtg,   PO Box 9001871,   Louisville, KY 40290-1871
11132792     +Citi,   PO BOX 6500,   Sioux Falls, SD 57117-6500
11132787     +Citibank,   PO BOX 790022,   St Louis, MO 63179-0022
11132798     +Leasecomm,   10-M Commerce Way,   Woburn, MA 01801-1028
11132788     +MDWSTWAUKE,   214 Washington,   Waukegan, IL 60085-5618
11307114      US Department of Education,   Direct Loan Servicing Center,   PO Box 5609,
               Greenville, TX 75403-5609
11132793     +US Dept of Education,   PO BOX 7202,   Utica, NY 13504-7202

The following entities were noticed by electronic transmission on Oct 01, 2009.
11132796     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2009 04:34:38      Gemb/QVC,   PO Box 971402,
               El Paso TX 79997-1402,   79997
11132795     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 02 2009 04:34:56      Kohls/Chase,
               N 56 W 17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-5660
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11132790      None
11132784      Schedule D - Creditors Holding Secured Claims
11132789      Schedule E - Creditors Holding Unsecured Priority
11132791      Schedule F - Creditors Holding Secured Nonpriority
11132794      Sears/CBSD
aty*         +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
11132800*    +Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
                                                                                              TOTALS: 5, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2009**                    **Signature:** _Joseph Speetjens_